ACCEPTED
06-14-00241-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2014 4:16:26 PM
DEBBIE AUTREY
CLERK

## No. CR-02184

| STATE OF TEXAS, | | § | IN THE 102ND DISTRICT |
|---|---|---|---|
| | *Plaintiff* | § | FILED IN |
| | | § | 6th COURT OF APPEALS |
| | | § | TEXARKANA, TEXAS |
| VS. | | § | COURT OF 12/30/2014 4:16:26 PM |
| | | § | |
| | | § | DEBBIE AUTREY |
| KELLY WAYNE LAMON, | | § | Clerk |
| | *Defendant* | § | RED RIVER COUNTY, TEXAS |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.2, Defendant, Kelly Wayne Lamon, gives notice of his desire to appeal from the Judgment and resulting sentence (and all orders leading thereto) on December 17, 2014, in cause number CR-02184, *The State of Texas v. Kelly Wayne Lamon*, in the 102nd District Court of Red River County, Texas to the Sixth District Court of Appeals in Texarkana, Texas.

Respectfully Submitted,

***Miller, James, Miller & Hornsby, L.L.P.***

By:_____
    Troy Hornsby
    Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorney for Defendant/Appellant
Kelly Wayne Lamon

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2014 a true and correct copy of the above and foregoing *Defendant's Notice of Appeal* has been forwarded by U.S. mail on all counsel of record and other interested parties listed below:

**Appellant**
Kelly Wayne Lamon
Red River County Jail
500 N. Cedar Street
Clarksville, Texas 75426

**Trial Court Judge**
Hon. Bobby Lockhart
102nd District Judge
Bi-State Justice Building
100 N. Stateline Avenue
Texarkana, Texas 75501

**State's Attorney**
Val Varley
Red River County District Attorney
400 N. Walnut Street
Clarksville, Texas 75426

**Defendant's Trial Attorney**
Dave Turner, Jr.
1116 Lamar Avenue
Paris, Texas 75460-4682

**Defendant's Trial Attorney**
**Clerk of 6th District Court of Appeals**
Ms. Debbie Autrey
Clerk, Sixth District Court of Appeals
Bi-State Justice Building
100 N. Stateline Ave.
Texarkana, Texas 75501

_____
Troy Hornsby